393 P.3d 1025

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR the STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST, 2006-NC1, Plaintiff-Appellant/Cross-Appellee,

v.

Daneford Michael WRIGHT, Ellareen Uilani Wright, Defendants-Appellees/Cross-Appellants,

and

County of Maui, Wailuku Country Estates Community Association, Inc., Finance Factors, Limited, Defendants-Appellees,

and

John Does 1-10, Jane Does 1-10, Doe Partnerships 1-10, Doe Corporations 1-10, Doe Entities 1-10, and Doe Governmental Units 1-10, Defendants CAAP-15-0000401

U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1, Plaintiff-Appellant/Cross-Appellee,

v.

Daneford Michael Wright, Ellareen Uilani Wright, Defendants-Appellees/Cross-Appellants,

and

County of Maui, Wailuku Country Estates Community Association, Inc., Finance Factors, Limited, Defendants-Appellees,

and

John Does 1-10, Jane Does 1-10, Doe Partnerships 1-10, Doe Corporations 1-10, Doe Entities 1-10, and Doe Governmental Units 1-10, Defendants CAAP-15-0000578

U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1, Plaintiff-Appellant/Cross-Appellee,

v.

Daneford Michael Wright, Ellareen Uilani Wright, Defendants-Appellees/Cross-Appellants,

and

County of Maui, Wailuku Country Estates Community Association, Inc., Finance Factors, Limited, Defendants-Appellees,

and

John Does 1-10, Jane Does 1-10, Doe Partnerships 1-10, Doe Corporations 1-10, Doe Entities 1-10, and Doe Governmental Units 1-10, Defendants CAAP-15-0000579

U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1, Plaintiff-Appellant/Cross-Appellee,

v.

Daneford Michael Wright, Ellareen Uilani Wright, Defendants-Appellees/Cross-Appellants,

and

County of Maui, Wailuku Country Estates Community Association, Inc., Finance Factors, Limited, Defendants-Appellees,

and

John Does 1-10, Jane Does 1-10, Doe Partnerships 1-10, Doe Corporations 1-10, Doe Entities 1-10, and Doe Governmental Units 1-10, Defendants CAAP-15-0000714

and

and

and

NO. CAAP-15-0000401
NO. CAAP-15-0000578
NO. CAAP-15-0000579
NO. CAAP-15-0000714

Intermediate Court of Appeals of Hawai'i.

May 5, 2017

APPEALS FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT (CIVIL NO. 09-1-0961 (2))

## MEMORANDUM OPINION

Vacate. Remanded.

